IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY ALLEN,** | Case No. 2:10-cv-3032 GEB JFM (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JAMES WALKER, et al.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

DATED: August 12, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/alle3032.viddep