IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY B. ALLEN,

       Plaintiff,                No. 2:10-cv-3032 GEB JFM (PC)

   vs.

WARDEN JAMES WALKER, et al.,

       Defendants.     /     <u>ORDER</u>

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2011, plaintiff filed a motion for an extension of time. Although it is not entirely clear, plaintiff apparently seeks to continue his videoconference deposition.

       Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order defendants shall file and serve a response to plaintiff's August 17, 2011 motion.

DATED: August 29, 2011.

                                       UNITED STATES MAGISTRATE JUDGE

12;alle3032.ext

1