1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TROY ALLEN,

11              Plaintiff,                    No. 2:10-cv-3032 GEB JFM (PC)

12        vs.

13   JAMES WALKER, et al.,

14              Defendants.               <u>ORDER</u>

15   _____/

16              On December 22, 2011, defendants filed a motion for summary judgment

17   pursuant to Federal Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.

18              Local Rule 230(l) provides in part:  "Failure of the responding party to file written

19   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

20   the granting of the motion . . . ."  On February 15, 2011, plaintiff was advised of the requirements

21   for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

22   waiver of opposition to the motion.

23              Local Rule 110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed February 15, 2011, plaintiff was advised that

26   /////

1  failure to comply with the Local Rules may result in a recommendation that the action be

2  dismissed.

3              Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

4  date of this order, plaintiff shall file an opposition, if any he has, to the motion for summary

5  judgment or a statement of non-opposition.  Failure to comply with this order will result in a

6  recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

7  DATED: January 31, 2012.

8

9                                        _____

10                                       UNITED STATES MAGISTRATE JUDGE

11  12
    alle3032.46osc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26