1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TROY B. ALLEN,

11           Plaintiff,                     No. 2:10-cv-3032 GEB JFM (PC)

12       vs.

13   WARDEN JAMES WALKER,
     et al.,
14
             Defendants.
15   _____/          ORDER

16           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On April 20, 2012, plaintiff filed a motion for a court order requiring

18   defendants to provide a full copy of the deposition transcripts of Glynn Ward and Troy Allen.

19   Both transcripts were lodged by defendants on December 22, 2011 and excerpts therefrom are

20   relied on by defendants in support of their motion for summary judgment filed the same day.

21   Local Rule 135(d) requires that "copies of all documents submitted to the Court shall be served

22   upon all parties to the action."  L.R. 135(d) (E.D.Cal.).  Pursuant to that rule, plaintiff's motion

23   shall be granted.

24           Good cause appearing, IT IS HEREBY ORDERED that:

25           1.  Plaintiff's April 20, 2012 motion for service of the deposition transcripts of

26   Glynn Ward and plaintiff is granted;

1

1              2.  Within five days from the date of this order defendants shall serve on plaintiff

2    a copy of each of the deposition transcripts lodged with the court on December 22, 2011 in

3    support of their motion for summary judgment.

4    DATED: May 2, 2012.

5

6    _____
     UNITED STATES MAGISTRATE JUDGE

7

8    12
     alle3032.svcdt

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2