IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY B. ALLEN,

        Plaintiff,               No. 2:10-cv-3032 GEB JFM (PC)

    vs.

WARDEN JAMES WALKER,
et al.,

        Defendants.   /       ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2012, plaintiff filed a motion for a court order requiring defendants to provide a full copy of the deposition transcripts of Glynn Ward and Troy Allen. Both transcripts were lodged by defendants on December 22, 2011 and excerpts therefrom are relied on by defendants in support of their motion for summary judgment filed the same day. Local Rule 135(d) requires that "copies of all documents submitted to the Court shall be served upon all parties to the action." L.R. 135(d) (E.D.Cal.). Pursuant to that rule, plaintiff's motion shall be granted.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 20, 2012 motion for service of the deposition transcripts of Glynn Ward and plaintiff is granted;

1

1  2. Within five days from the date of this order defendants shall serve on plaintiff
2  a copy of each of the deposition transcripts lodged with the court on December 22, 2011 in
3  support of their motion for summary judgment.
4  DATED: May 2, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
alle3032.svcdt