IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY B. ALLEN,

    Plaintiff,                    No. 2:10-cv-3032 GEB JFM (PC)

    vs.

WARDEN JAMES WALKER, et al.,

    Defendants.
                               /                ORDER

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2012, defendants filed a motion to refile and reserve their motion for summary judgment beyond the thirty day deadline set in the court's August 3, 2012 order. On the same day, defendants refiled and reserved their motion for summary judgment.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Defendants' September 14, 2012 motion for leave to refile and reserve their motion for summary judgment beyond time is granted;

          2. Defendants' September 14, 2012 motion for summary judgment is deemed timely filed;

          3. Plaintiff's opposition, if any, to defendants' September 14, 2012 motion for summary judgment shall be filed and served within thirty days from the date of this order; and

/////

4.  Defendants' reply, if any, shall be filed and served not later than fourteen days thereafter.

September 26, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
alle3032.ext3